E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
Assistant United States Attorney
Asset Forfeiture Section
1400 United States Courthouse
   312 North Spring Street, 14th Floor
   Los Angeles, California 90012
   Telephone:  (213) 894-2426
   Facsimile:  (213) 894-0142
   E-mail: Daniel.Boyle2@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF $235,355.21 IN FUNDS FROM ESCROW ACCOUNT NUMBER ENDING '26-SR | CR MISC. No. 2:23-cm-00142 |
|---|---|
| | STIPULATION TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT |
| | [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |

It is hereby stipulated by and between the United States of America (the "Government") and claimant Hasmik Minasyan, ("claimant"), by and through her attorney, Stanley Stone, as to the $235,355.21 in Funds From Escrow Account Number Ending '26-SR (the "seized funds") as follows:

1.    Claimant has filed a written claim in the administrative forfeiture proceedings with the Federal Bureau of Investigation ("FBI") with respect to the seized funds.

2. The government asserts the FBI has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)-(E), the time has either expired or been tolled for any person to file a claim to the seized funds. No other person than claimant has filed a claim to the seized funds as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized funds and/or to obtain an indictment alleging that the seized funds is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is August 3, 2023, but the statute provides for an extension of this date by court order or upon agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to September 2, 2023, the time in which the United States is required to file a complaint for forfeiture against the seized funds and/or to obtain an indictment alleging that the seized funds are subject to forfeiture, so that the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any right she may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized funds and/or to obtain an indictment alleging that the seized funds is subject to forfeiture by August 3, 2023, and any right she may have to seek dismissal of any complaint and/or any forfeiture

2

allegation in an indictment on the ground that it was not filed or returned on or before such date.

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a complaint for forfeiture against the seized funds and/or to obtain an indictment in connection with the seized funds be extended to and including September 2, 2023.

Dated: July 31, 2023                    Respectfully submitted,

                                        E. MARTIN ESTRADA
                                        United States Attorney
                                        MACK E. JENKINS
                                        Assistant United States Attorney
                                        Chief, Criminal Division
                                        JONATHAN GALATZAN
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture and Recovery
                                        Section

                                        /s/ Dan G. Boyle
                                        DAN G. BOYLE
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA


Dated: July 31, 2023                    /s/[1]
                                        STANLEY H. STONE

                                        Attorney for Claimant
                                        Hasmik Minasyan

---

[1] Pursuant to C.D.Cal. LR 5-4.3.4(a)(2)(ii), AUSA Dan G. Boyle attests that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content, and have authorized this filing.

3